No. 19,471.

J. I. KUTER, *Appellee*, v. THE STATE BANK OF HOLTON, *Appellant*.

OPINION ON APPLICATION FOR MODIFICATION
OF JUDGMENT.

Appeal from Jackson district court; OSCAR RAINES, judge. Opinion on application for modification of judgment filed February 12, 1916. Modification of judgment allowed. (For original opinion of reversal see 96 Kan. 485, 152 Pac. 662.)

*Guy L. Hursh*, and *E. R. Sloan*, both of Holton, for the appellant.

*E. D. Woodburn*, and *F. T. Woodburn*, both of Holton, for the appellee.

*Per Curiam:* On November 6, 1915, the judgment of the district court in this case was reversed with direction to render judgment in defendant's favor. (*Kuter v. Bank*, 96 Kan. 485, 152 Pac. 662.) An application for a modification of that order has been considered and the court is of the opinion that it should be allowed.

The judgment will be reversed and a new trial ordered with

direction to permit amended pleadings to be filed and such additional parties brought in as may be necessary to the end that the court may finally determine in this action the right of the plaintiff to the fund in the possession of the bank.